**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02161-AP

DELMA R. ABEYTA,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall #10269, Esq.<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>Telephone (719) 633-5211<br>newallfrederick@qwestoffice.net | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Telephone:  (303) 454-0184<br>kevin.traskos@usdoj.gov<br><br>DEBRA J. MEACHUM<br>Special Assistant U. S. Attorney<br>Debra.meachum@ssa.gov<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-1570 |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.    **Date Complaint Was Filed:** September 10, 2009.
   B.    **Date Complaint Was Served on U.S. Attorney's Office:** October 8, 2009.
   C.    **Date Answer and Administrative Record Were Filed:** December 7, 2009.

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after the Plaintiff's Opening brief is filed.

**Defendant states:** To the best of his knowledge, the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**    See Plaintiff's statement in paragraph 4, above.
**Defendant states:**   None anticipated.

**6.    STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    BRIEFING SCHEDULE**

   A.    **Plaintiffs Opening Brief Due:**         February 18, 2010
   B.    **Defendant's Response Brief Due:**       March 18, 2010
   C.    **Plaintiffs Reply Brief (If Any) Due:**  March 29, 2010

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   A.    **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B.    **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 22nd day of December, 2009.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>Frederick Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>E-mail: newallfrederick@qwestoffice.net<br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/Debra J. Meachum<br>    DEBRA J. MEACHUM<br>    Special Assistant U. S. Attorney<br>    Office of the General Counsel<br>    Social Security Administration<br>    1961 Stout Street, Suite 1001A<br>    Denver, CO 80294<br>    Telephone: (303) 844-1570<br>    Debra.meachum@ssa.gov<br>    Attorneys for Defendant. |