# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-02161-REB

DELMA R. ABEYTA,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,  Commissioner, Social Security Administration,

    Defendant.

## ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

**Blackburn, J.**

The matter before me is the **Stipulated Motion For an Award of Attorney Fees Pursuant To The Equal Access To Justice Act 28 U.S.C. § 2412(d)** [#18] filed April 8, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For an Award of Attorney Fees Pursuant To The Equal Access To Justice Act 28 U.S.C. § 2412(d)** [#18] filed April 8, 2011, is **GRANTED**;

2. That the defendant shall pay $4,500.00 to Plaintiff for attorney fees pursuant to the EAJA;

3. That payment shall be made payable to plaintiff and delivered to plaintiff's counsel;

4. That payment of the $4,500.00 shall constitute a complete release from and

bar to any claims plaintiff may have relating to EAJA fees or costs in this case; and

     5.  That this award is without prejudice to the right of plaintiff's counsel to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

     Dated April 11, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge